UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION


DEMARCUS KENARD JOE, #1047716,  )
  )
      Petitioner,     )
  )     CIVIL ACTION NO.
VS.     )
  )     3:17-CV-0690-G (BK)
LORIE DAVIS, Director, Texas     )
Department of Criminal Justice,    )
Correctional Institutions Division,   )
  )
      Respondent.    )


## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE


The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the successive habeas petition is

**TRANSFERRED** to the **United States Court of Appeals for the Fifth Circuit**. *See*

28 U.S.C. § 2244(b)(3); 28 U.S.C. § 1631.*

**SO ORDERED**.

April 17, 2017.

*[signature: C. Joe Fish]*

**A. JOE FISH**
**Senior United States District Judge**

---

\*      An order transferring a successive application to the court of appeals is not a final order requiring a certificate of appealability.  See *United States v. Fulton*, 780 F.3d 683, 688 (5th Cir. 2015); *Brewer v. Stephens*, 605 Fed. Appx. 417 (5th Cir. 2015) (per curiam).